UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES KEVIN WOODS (#117961)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 04-361-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 30, 2007. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief will be denied.

Baton Rouge, Louisiana, August 28, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA